JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **DAVID LEE ROBERTS JR.**, | Case **No. ED CV 18-00770**-VBF-SP |
| Plaintiff, | |
| v. | **FINAL JUDGMENT** |
| RIVERSIDE CTY., RIVERSIDE CTY. SHERIFF'S DEP'T, STANLEY SNIFF JR. in his indiv. capacity, and WILLIAM DI YORIO in his individual capacity, | |
| Defendants. | |

Final judgment is hereby entered in favor of all defendants and against plaintiff David Lee Roberts, Junior.

IT IS SO ADJUDGED.

Dated: May 10, 2019

*Valerie Baker Fairbank*

Honorable Valerie Baker Fairbank
Senior United States District Judge